## FOSTER *v.* FOSTER.

Where a commissioner is appointed to take depositions, it is improper for the witness to produce his deposition written by himself, not in the presence of the magistrate.

A deposition that has been taken and sealed up, cannot be opened at the instance of the witness, in the absence of the other side, for the correction of an error. Where such correction becomes necessary, it should be done by appending an affidavit, explaining the circumstances.

LIBEL for divorce. An objection was made to the deposition of Phœbe Foster, a witness for the libellee, which

Foster *v.* Foster.

was taken regularly with notice, but in the absence of the opposite party. After the deposition had been finished and sealed up, the witness was made aware of an error, and at her request the deposition was opened, and an alteration made in the absence of the libellant. It was further objected, that the deposition was produced before the commissioner, ready written by the witness. The deposition of Jacob Whitcher was also written by himself. A motion was submitted to suppress the deposition for these causes.

*Hibbard*, for the libellant.

*Goodall*, for the libellee.

GILCHRIST, C. J.   Where a commissioner is appointed by the court to take depositions in a cause, it is improper for the witness himself to write his deposition, not in the presence of the commissioner, and to bring it before him so written.   Such deposition cannot be used.

A deposition cannot be opened and amended in the absence of the opposite side.   If the witness desire any correction to be made, he should append an affidavit explaining the error, and the manner in which it intervened and became known to him.   The depositions must, for the irregularities disclosed, be suppressed.

*Motion granted.*